UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-00856-MEMF-PD                    Date: April 9, 2026

Title    *Shubham v. Warden of Desert View Annex Detention Center, et al.*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:       Attorneys Present for Respondents:

N/A                                      N/A

**Proceedings (In Chambers):       Order to Show Cause**

The parties are ordered to show cause in-person at the hearing on **April 29, 2026 at 1:30 p.m.** why the temporary restraining order releasing Petitioner and entered by the district court should not be converted immediately to final judgment on the merits for the same reasons and on the same terms provided in the order granting such relief.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); *cf.* Fed. R. Civ. P. 65(a)(2).

The parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the district court's order granting the temporary restraining order by no later than 9:00 a.m. PT on April 29, 2026, in which case no appearances at the 1:30 p.m. PT hearing will be required.

Nothing in such stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting temporary relief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    5:26-cv-00856-MEMF-PD                          Date: April 9, 2026

Title    *Shubham v. Warden of Desert View Annex Detention Center, et al.*


    Otherwise, failure to appear at the hearing as ordered or to be prepared to participate in good faith at the hearing may lead to sanctions or contempt proceedings.  *See*, *e.g.*, Fed. R. Civ. P. 16(f), 37(b)(2)(A), and 41(b); L.R. 41-1, 41-5.


    **IT IS SO ORDERED**.