UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUBHAM,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DESERT VIEW ANNEX DETENTION, et al.,<br><br>Respondents. | Case No. 5:26-cv-00856-MEMF-PD<br><br>**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

In accordance with the stipulation between the parties, Dkt. No. 20, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Dkt. No. 1, is GRANTED with judgment to be entered, without requiring any further proceedings, consistent with the reasons and findings set forth in this Court's February 27, 2026 order granting a temporary restraining order, Dkt. No. 11.

IT IS SO ORDERED.

DATED: April 29, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE