JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHUBHAM,

      Petitioner,

        v.

WARDEN OF DESERT VIEW
ANNEX DETENTION, et al.,

      Respondents.

Case No. 5:26-cv-00856-MEMF-PD

**JUDGMENT**

Pursuant to the Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the Court's Order granting Petitioner's *ex parte* motion for temporary restraining order, Dkt. No. 11.

DATED: April 29, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE